IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHA'RON L. MOBLEY,
DC# 995507,
    Plaintiff,

v.                                                  Case No.: 3:15-cv-1245-TJC-JBT
SGT. KNIGHT, et. al.,
    Defendants.
_____/

## DEFENDANTS' NOTICE OF PENDING SETTLEMENT

    Defendants Knight and Mason, through undersigned counsel, hereby notify the Court that the parties have reached a settlement in this matter and that a Joint Stipulated Dismissal with Prejudice will be filed upon completion of the terms of the settlement agreement. The terms of the settlement agreement should be completed within 30 days.

                            Respectfully submitted,

                            /s/Shirley Wilson Durham
                            Assistant Attorney General
                            Shirley Wilson Durham
                            Senior Assistant Attorney General
                            Florida Bar No.: 00993204
                            Office of the Attorney General
                            The Capitol, Suite PL-01
                            Tallahassee, Florida 32399-1050
                            (850) 414-3300 – Telephone
                            (850) 488-4872 – Facsimile

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail to: Sha'Ron Mobley, 513 Third Avenue, PALATKA, FL 32177, on this on this 5th day of November 2018.

/s/ Shirley W. Durham
Shirley Wilson Durham,
Senior Assistant Attorney General